# King *v.* Hill & Shafer Co.

## *Detinue.*

(Decided Dec. 16, 1909. 51 South. 15.)

*Bill of Exceptions; Time for filing.*—Under the provisions of section 3019, Code 1907, a bill of exceptions must be presented to the trial judge within ninety days from the day on which the judgment was entered, and the judge had no authority to receive it after the expiration of that time. If he does so, it will be stricken on motion.

APPEAL from Tallapoosa Circuit Court.

Heard before Hon. B. M. MILLER.

Action by Hill & Shafer Company against W. H. Coker, to recover certain personal property. Basil Hill intervened, claiming the property. Judgment for defendant and plaintiff appeals. Affirmed.

JAMES W. STROTHER, for appellant.—Counsel discuss the merits of the case, and insist that the judgment rendered in this case was unauthorized. He cites authority in support of this contention, but does not discuss the motion to strike the bill of exceptions.

LACKEY & BRIDGES, for appellee.—The bill of exceptions should be stricken as it was not presented to the trial judge within ninety days of the date of the judgment entry.—Sec. 3019, Code 1907; *Ex parte Dillard,* 68 Ala. 594; *Powe v. McLeod,* 76 Ala. 418. Counsel discuss the merits of the case as well.

MAYFIELD, J.—This case is submitted on motion to strike the bill of exceptions and upon its merits.

Section 3019 of the Code of 1907 provides as follows: "Bills of exceptions may be presented at any time with

in ninety days from the day on which the judgment is entered, and not afterwards; and all general, local, or special laws or rules of court in conflict with this section are repealed, abrogated, and annulled. The judge must endorse thereon and as a part of the bill, the true date of presenting, and the bill of exceptions must, if correct, be signed by him within ninety days thereafter."

It affirmatively appears that the bill was not presented within the time required by statute, as to either the main trial or the motion for a new trial, and it must therefore be stricken on appellee's motion. The judge had no right to receive it after the time for presenting had expired. The statute is explicit that it must be presented within 90 days, "and not afterwards."

The bill of exceptions being stricken, the record proper shows no reversible error, and hence the judgment must be affirmed.

Affirmed.

DOWDELL, C. J., and ANDERSON and SAYRE, JJ., concur.